W. H. Graeser, alias W. H. Grazer, Plaintiff in Error, v. State of Florida, Defendant in Error.

A writ of Error to a Judgment of the Criminal Court of Record within and for the County of Duval.

Writ of Error dismissed on motion of counsel for plaintiff in error.

*F. D. Brennan,* for Plaintiff in Error;

No appearance for Defendant in Error.

———————

S. V. Ray, Administrator of the Estate of Eugenia G. McRee, and the Fidelity and Deposit Company of Maryland, a Corporation, Plaintiffs in Error, v. Park Trammell, Governor of the State of Florida for the use and benefit of Jules McRee, an infant, Defendant in Error.

A writ of Error to a Judgment of the Circuit Court within and for the County of Hillsborough.

Writ of Error dismissed on motion of counsel for plaintiff in error.

*Lucas & Withers,* for Plaintiff in Error;

*Dickenson & Dickenson,* for Defendant in Error.